UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY ORTEGA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SAN JOSE, et al.,<br><br>　　　　　Defendants. | Case No.5:22-cv-05040-EJD<br><br>**JUDGMENT** |

　　On February 21, 2023, the Court dismissed Plaintiff Ortega's action as moot. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff Ortega.

　　The Clerk shall close the file.

　　**IT IS SO ORDERED.**

Dated: February 21, 2023

_____
EDWARD J. DAVILA
United States District Judge